# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 29, 2022

Lyle W. Cayce
Clerk

No. 20-20603

Mark Douglas Adams,

*Plaintiff—Appellant*,

*versus*

Keri Blakinger, *Editor Houston Chronicle Newspaper*; John Bridges, *Editor Austin Newspaper*; Louie Gohmert, *U.S. Representative*,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:20-CV-1843

Before Southwick, Graves, and Costa, *Circuit Judges*.

Per Curiam:*

Mark Douglas Adams, Texas prisoner #1509320, seeks leave to appeal in forma pauperis (IFP) from the district court's dismissal of his 42 U.S.C. § 1983 action as frivolous and for failure to state a claim. Adams fails

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 20-20603

to make any relevant or coherent response to the district court's order. He thus identifies no nonfrivolous issue for appeal. *See McGarrah v. Alford*, 783 F.3d 584, 584 (5th Cir. 2015). Accordingly, the IFP motion is DENIED, and the appeal is DISMISSED as frivolous. *See id.*; 5TH CIR. R. 42.2.

The district court's dismissal and this dismissal count as strikes under 28 U.S.C. § 1915(g). *See Coleman v. Tollefson*, 575 U.S. 532, 537-38 (2015). In addition, while this appeal was pending, another district court imposed a strike. *Adams v. Lumpkin*, No. 4:21-CV-1088, 2022 WL 425978, at \*6 (S.D. Tex. Feb. 10, 2022). Adams now has three strikes. *See Coleman*, 575 U.S. at 537. Adams is now BARRED from proceeding IFP in any civil action or appeal filed while he is incarcerated or detained unless he is under imminent danger of serious physical injury. § 1915(g); *see McGarrah*, 783 F.3d at 585.

IFP DENIED; appeal DISMISSED; § 1915(g) bar IMPOSED.